# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Samuel W. Collins,

    Petitioner,

v.

Ohio Adult Parole Authority,

    Respondent.

Case No. 2:19-cv-3286

Judge Michael H. Watson
Chief Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On August 12, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the petition for a writ of habeas corpus be denied without prejudice as unexhausted and that this action be dismissed. ECF No. 2. Although the parties were advised of the right to object to the R&R, and of the consequences of failing to do so, no objections have been filed. The R&R, ECF No. 2, is therefore, **ADOPTED** and **AFFIRMED**. The petition is hereby **DENIED without prejudice**, and this action is **DISMISSED**.

Pursuant to 28 U.S.C. § 2253(c)(1)(A) and Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court must determine whether to issue a certificate of appealability. Because Petitioner waived the right to file an appeal by failing to file objections to the Magistrate Judge's recommendations, *see Thomas v. Arn*, 474 U.S. 140, 147 (1985); *United*

*States v. Walters*, 638 F. 2d 947, 950 (6th Cir. 1981), the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

*[signature]*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**